FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA    01 SEP 28 AM 10: 04
TAMPA DIVISION

MIDDLE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

SEAN GILLESPIE,
       Plaintiff,

vs.                                         CASE NO. 8:01-CIV-1540-T-17-TBM

121 MICRO, LTD.,
       Defendant.
_____/

## ORDER GRANTING MOTION TO TRANSFER VENUE

This cause is before the Court on the Defendants' motion to transfer venue to the Southern District of Mississippi, Jackson Division (Docket No. 4). The transfer request is based on underlying contractual obligation. The plaintiff had until September 7, 2001, to object to the motion. To date no response has been filed.

The Court has reviewed the motion and finds that transfer to the Southern District of Mississippi, Jackson Division is appropriate. Accordingly, it is

**ORDERED** that the motion to transfer venue (Docket No. 4) be **granted** and the Clerk of Court shall transfer the file to the Southern District of Mississippi, Jackson Division.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 28th day of September, 2001.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: All parties and counsel of record
Court File.

F I L E    C O P Y

Date Printed: 09/28/2001


Notice sent to:

✓    Robert Nathan Hightower, Esq.
     Macfarlane Ferguson & McMullen
     625 Court St., Suite 200
     P.O. Box 1669
     Clearwater, FL  33757-1669

✓    Stephen J. Carmody, Esq.
     Brunini, Grantham, Grower & Hewes
     P.O. Drawer 119
     Jackson, MS  39205-0119



Case 8:01-cv-01540-E_K    Document 11    Filed 09/28/01    Page 2 of 2 PageID 79